AMIN TALATI WASSERMAN, LLP
Matthew R. Orr, Bar No. 211097
William P. Cole, Bar No. 186772
Richard L. Hyde, Bar No. 286023
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel:  (213) 933-2330
Fax:  (312) 884-7352
matt@amintalati.com
william@amintalati.com
richard@amintalati.com

Attorneys for Defendant Catalina Snacks, Inc.,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN COLLYER, an individual,<br><br>             Plaintiff,<br><br>v.<br><br>CATALINA SNACKS INC., a Delaware Corporation;<br><br>             Defendant. | Case No.: 4:23-cv-00296-HSG<br><br>**DEFENDANT CATALINA SNACKS, INC.'S CORPORATE DISCLSOURE STATEMENT PURSUANT TO FED. R. CIV. 7.1** |

**DEFENDANT CATALINA SNACKS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Catalina Snacks, Inc. ("Defendant") hereby makes and certifies the following corporate disclosure.

Defendant has no parent company and no publicly owned company owns ten percent 10% or more of its stock.

Dated: March 21, 2023          AMIN TALATI WASSERMAN, LLP

/s/ *William P. Cole*
William P. Cole

Attorneys for Defendant Catalina Snacks, Inc.

**DEFENDANT CATALINA SNACKS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. 7.1**

# CERTIFICATE OF SERVICE

(United States District Court)

I hereby certify that on the 21st day of March 2023, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                /s/ *William P. Cole*
                William P. Cole