AMIN TALATI WASSERMAN, LLP
Matthew R. Orr, Bar No. 211097
William P. Cole, Bar No. 186772
Richard L. Hyde, Bar No. 286023
515 South Flower St., 18th Floor
Los Angeles, CA  90071
Tel:     (213) 933-2330
Fax:     (312) 884-7352
matt@amintalati.com
william@amintalati.com
richard@amintalati.com

Attorneys for Defendant Catalina Snacks, Inc.,

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN COLLYER, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>CATALINA SNACKS INC., a  Delaware Corporation;<br><br>                    Defendant. | Case No.:  4:23-cv-00296-HSG<br><br>**DECLARATION OF KRISHNA KALIANNAN IN SUPPORT OF DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS** |

**DECLARATION OF KRISHNA KALIANNAN**

### DECLARATION OF KRISHNA KALIANNAN

I, Krishna Kaliannan, declare as follows:

1.      I am employed at Catalina Snacks, Inc. ("Catalina Snacks") as CEO and Founder. As CEO and Founder, I am responsible for, among other things, oversight, approval, and all final decisions as to product manufacturing, labeling, marketing, distribution, and sales. The information in this declaration is based upon my personal knowledge, experience at Catalina Snacks, and/or review of Catalina Snacks business records. If I were called upon to testify to such facts, I could and would competently do so.

2.      Attached hereto as **Exhibit 1**, is a true and accurate depiction of the entire label of the Chocolate Banana Cereal product depicted in paragraph 31 of the operative complaint in the above-captioned matter (*See* Doc. 1, ¶ 31).

3.      Attached hereto as **Exhibit 2**, is a true and accurate depiction of the outer packaging of the Honey Graham Cereal depicted in paragraph 36 of the operative complaint in the above-captioned matter (*See* Doc. 1, ¶ 36).


I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct, and that this declaration was executed on March 21, 2023, at Austin_____, Texas.


*Krishna Kaliannan*
_____
Krishna Kaliannan

**DECLARATION OF KRISHNA KALIANNAN**

# EXHIBIT 1

PLANT-BASED

GLUTEN-FREE





# CATALINA
# CRUNCH®
## KETO FRIENDLY

**0g** SUGAR†

**11g** PROTEIN

**9g** FIBER*

SERVING SUGGESTION.
ENLARGED TO SHOW TEXTURE

†0g total fat per serving. See nutrition information for fat content.
*See nutrition information for fat content.

## Chocolate Banana
### CEREAL

NET WT. 9 OZ (256g)

NOTHING TO SEE HERE.
GO ENJOY YOUR CEREAL AND
TELL US WHAT YOU THINK!

CATALINASNACKS.COM
@catalinacrunch

QUESTIONS OR REQUESTS?
Email us at info@catalinacrunch.com

Text RECIPES to
1-833-244-1327

Visit
cc.page/book

FREE KETO RECIPE BOOK!
















## OUR STORY

Catalina Snacks™ was founded by a diabetic who believes you can enjoy great-tasting cereals and snacks earnestly made with protein, fiber and good fats, while minimizing sugars. Combining nutritional science with culinary arts, we have created delicious, healthier products that help you achieve a better life.

OUR CEREAL IS MADE WITH THE SAME DELICIOUS **TASTE AND CRUNCH** OF YOUR CHILDHOOD FAVORITES, FEATURING PLANT-BASED PROTEIN AND FIBER WITH ZERO ADDED SUGAR†, MADE FROM SPECIALLY CURATED NATURAL INGREDIENTS.

Our protein-rich cereal will alleviate your hunger pains, and keep you feeling satisfied.


VEGAN


PLANT BASED


HIGH IN FIBER*


NO SUGAR ALCOHOLS

NON GMO Project VERIFIED
nongmoproject.org

## Nutrition Facts

About 7 servings per container
Serving size 1/2 cup (36g)

| | |
|---|---|
| **Amount per serving** | |
| **Calories** | **110** |

| | % Daily Value* |
|---|---|
| **Total Fat** 6g | 7% |
| Saturated Fat 1g | 4% |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 120mg | 5% |
| **Total Carbohydrate** 14g | 5% |
| Dietary Fiber 9g | 32% |
| Total Sugars 0g | |
| Includes 0g Added Sugars | 0% |
| **Protein** 11g | 20% |
| Vitamin D 0mcg | 0% |
| Calcium 50mg | 4% |
| Iron 2.3mg | 13% |
| Potassium 80mg | 2% |

*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

INGREDIENTS: CATALINA FLOUR (PEA PROTEIN, POTATO FIBER, NON-GMO CORN FIBER, CHICORY ROOT FIBER, GUAR GUM, CANOLA OIL), OAT FIBER, OLEIC SUNFLOWER OIL, COCOA POWDER, BAKING POWDER, NATURAL FLAVORS, SEA SALT, CALCIUM CARBONATE, STEVIA EXTRACT, MONK FRUIT EXTRACT.

CONTAINS: MONK FRUIT.

DISTRIBUTED BY CATALINA SNACKS, INC.
INDIANAPOLIS, IN 46259

PRODUCED IN A FACILITY THAT PROCESSES PEANUTS, MILK AND TREE NUTS.

STORAGE: FOR MAXIMUM FRESHNESS USE WITHIN 3 WEEKS AFTER OPENING. STORE IN A COOL, DRY PLACE.



A BETTER WAY TO CRUNCH™

# EXHIBIT 2

PLANT-BASED

GLUTEN-FREE

CATALINA
**CRUNCH**®
*KETO FRIENDLY*

**0g** SUGAR*

**11g** PROTEIN

**9g** FIBER*



**Honey Graham** CEREAL

NET WT. 9 OZ (256G)

NON GMO Project VERIFIED nongmoproject.org

**Nutrition Facts**
About 7 servings per container
Serving size 1/2 cup (36g)

| Amount per serving | |
|---|---|
| **Calories** | **110** |

| | % Daily Value* |
|---|---|
| **Total Fat** 5g | 7% |
| Saturated Fat 0.5g | 3% |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 110mg | 5% |
| **Total Carbohydrate** 14g | 5% |
| Dietary Fiber 9g | 32% |
| Total Sugars 0g | |
| Includes 0g Added Sugars | 0% |
| **Protein** 11g | 20% |
| | |
| Vitamin D 0mcg | 0% |
| Calcium 50mg | 4% |
| Iron 1.8mg | 8% |
| Potassium 30mg | 1% |

*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

INGREDIENTS: CATALINA FLOUR (PEA PROTEIN, POTATO FIBER, NON-GMO CORN FIBER, CHICORY ROOT FIBER, GUAR GUM), TAPIOCA FLOUR, HIGH OLEIC SUNFLOWER OIL, BAKING POWDER, NATURAL FLAVORS, CALCIUM CARBONATE, STEVIA EXTRACT.

DISTRIBUTED BY CATALINA SNACKS, INC.
INDIANAPOLIS, IN 46220

PROCESSED IN A FACILITY THAT PROCESSES PEANUTS, MILK AND TREE NUTS.

STORAGE: FOR MAXIMUM FRESHNESS USE WITHIN 3 WEEKS AFTER OPENING. STORE IN A COOL, DRY PLACE.

CATALINASNACKS.COM

catalinacrunch

8 60479 00155 3

NOTHING TO SEE HERE,
GO ENJOY YOUR CEREAL AND
TELL US WHAT YOU THINK!

**QUESTIONS OR REQUESTS?**
Email us at info@catalinasnacks.com

Text RECIPES to
1-833-244-1327
cc.page/book

FREE KETO RECIPE BOOK!

**OUR STORY**

Catalina Snacks™ was founded by a diabetic who believes you can enjoy great-tasting cereals and snacks earnestly made with protein, fiber and good fats, while minimizing sugars. Combining nutritional science with culinary arts, we have created delicious, healthier products that help you achieve a better life.






V VEGAN

PLANT BASED

HIGH IN FIBER

NO SUGAR ALCOHOLS

**OUR CEREAL IS MADE WITH THE SAME DELICIOUS TASTE AND CRUNCH OF YOUR CHILDHOOD FAVORITES, FEATURING PLANT-BASED PROTEIN AND FIBER WITH ZERO ADDED SUGAR*, MADE FROM SPECIALLY CURATED NATURAL INGREDIENTS.**

Our protein-rich cereal will alleviate your hunger pains, and keep you feeling satisfied.

**A BETTER WAY TO CRUNCH™**

## <u>CERTIFICATE OF SERVICE</u>

(United States District Court)

I hereby certify that on the 21st day of March 2023, I caused the electronic filing of the foregoing document described as **DEFENDANT CATALINA SNACKS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS,** through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

.

/s/ <u>*William P. Cole*</u>
William P. Cole

---

1

**DECLARATION OF KRISHNA KALIANNAN**