AMIN TALATI WASSERMAN, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Richard L. Hyde, Bar No. 286023
515 South Flower St., 18th Floor
Los Angeles, CA  90071
Tel:     (213) 933-2330
Fax:    (312) 884-7352
william@amintalati.com
matt@amintalati.com
richard@amintalati.com

Attorneys for Defendant Catalina Snacks Inc.,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN COLLYER, individual,<br><br>Plaintiff,<br><br>v.<br><br>CATALINA SNACKS INC.,<br><br>Defendant. | Case No.: 4:23-cv-00296-HSG<br><br>**DEFENDANT CATALINA SNACKS INC.'S AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT [DKT. 16]**<br><br>Date: June 29, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br><br>Hon. Haywood S. Gilliam, Jr. |

AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

# AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant's Motion to Dismiss Plaintiff's Complaint [Dkt. 16] is hereby re-noticed to be heard on June 29, 2023, at 2:00 p.m. or as soon thereafter as may be heard by the Honorable Haywood S. Gilliam, Jr.

The motion is made pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and on the grounds that Plaintiff fails to state a valid claim upon which relief can be granted and she lacks standing to bring claims as to the products she did not purchase. The grounds for the motion are more fully set forth in the Memorandum of Points and Authorities [Dkt. 16].

This motion is based upon this Notice, the Memorandum of Points and Authorities [Dkt. 16], the Declaration of Krishna Kaliannan [Dkt. 16-1], the pleadings and files in this action, and such other matters as may be presented at or before any hearing on this motion.

Dated: March 22, 2023

AMIN TALATI WASSERMAN, LLP
William P. Cole
Matthew R. Orr
Richard L. Hyde

/s/ *William P. Cole*
William P. Cole

Attorneys for Defendant Catalina Snacks Inc.

- 1 -

## CERTIFICATE OF SERVICE

(United States District Court)

I hereby certify that on the 22nd day of March, 2023, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *William P. Cole*
William P. Cole