Benjamin Gubernick (SBN 321883)
**GUBERNICK LAW P.L.L.C.**
10720 W. Indian School Rd.,
Suite 19, PMB 12
Phoenix, AZ 85037
623-252-6961
ben@gubernicklaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN COLLYER, an individual; | CASE NO.: 4:23-cv-00296-HSG |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| CATALINA SNACKS INC., a Delaware Corporation; | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

It is certified that a true and correct copy of Plaintiff's Initial Disclosures were served on this 18th day of April, 2023, via email to Defendant Catalina Snacks Inc.'s attorneys of record.

Respectfully submitted,

Date: April 18, 2023

By: /s/ Benjamin Gubernick
Benjamin Gubernick (SBN 321883)
**GUBERNICK LAW P.L.L.C.**
10720 W. Indian School Rd.,
Suite 19, PMB 12
Phoenix, AZ 85037
623-252-6961
ben@gubernicklaw.com

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was served to the following via the CM/ECF system on April 18, 2023 to all attorneys of record in this matter.

By: /s/ Benjamin Gubernick
Benjamin Gubernick