Benjamin Gubernick (SBN 321883)
**GUBERNICK LAW P.L.L.C.**
10720 W. Indian School Rd.,
Suite 19, PMB 12
Phoenix, AZ 85037
623-252-6961
ben@gubernicklaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN COLLYER, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CATALINA SNACKS INC., a Delaware Corporation;<br><br>Defendant. | CASE NO.: 4:23-cv-00296-AMO<br><br>**PLAINTIFF'S NOTICE OF INTENT NOT TO AMEND COMPLAINT**<br><br>Date: June 29, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br><br>Hon. Araceli Martínez-Olguín |

Plaintiff, through undersigned counsel, provides that, based on the Court's ruling on Defendant's Rule 12(b)(6) motion, she will not be filing an amended complaint in this matter. Plaintiff respectfully requests that the Court enter a final judgment so that she may initiate an appeal.

Respectfully submitted,

Date: February 22, 2024

By: /s/ Benjamin Gubernick
Benjamin Gubernick (SBN 321883)
**GUBERNICK LAW P.L.L.C.**
10720 W. Indian School Rd.,
Suite 19, PMB 12
Phoenix, AZ 85037
623-252-6961
ben@gubernicklaw.com

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was served to the following via the CM/ECF system on February 22, 2024:

AMIN TALATI WASSERMAN, LLP
William P. Cole
Matthew R. Orr
Richard L. Hyde
515 South Flower St., 18th Floor
Los Angeles, CA 90071

Attorneys for Defendant

By: /s/ Benjamin Gubernick
Benjamin Gubernick