UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN COLLYER,<br><br>        Plaintiff,<br><br>   v.<br><br>CATALINA SNACKS INC.,<br><br>        Defendant. | Case No.23-cv-00296-AMO<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Dkt. No. 38 |

Before the Court is Plaintiff Karen Collyer's notice of intent not to amend and request for dismissal. The notice follows this Court's order granting Defendant's motions to dismiss Collyer's Complaint. ECF 37. In the order granting Defendant's motion to dismiss, the Court granted leave to amend certain claims. *Id.* In light of Plaintiff's notice and request, the Court hereby DISMISSES the entirety of the Complaint with prejudice. *See* Fed. R. Civ. P. 41.

**IT IS SO ORDERED.**

Dated: February 23, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**