UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN COLLYER,<br><br>    Plaintiff,<br><br>  v.<br><br>CATALINA SNACKS INC.,<br><br>    Defendant. | Case No. 23-cv-00296-AMO<br><br>**JUDGMENT** |

The issues having been duly heard and the Court having granted Defendant's motion to dismiss the Complaint with leave to amend and Plaintiff having elected not to amend her Complaint, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 23, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**