**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** Northern District of California

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:23-cv-00296-AMO

  Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 1-20-23

Date of judgment or order you are appealing: 2-23-24

Docket entry number of judgment or order you are appealing: 40

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Karen Collyer

Is this a cross-appeal?   ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Benjamin Gubernick   **Date** 3-20-24

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** (List **each** party filing the appeal, do not use "et al." or other abbreviations.)

Name(s) of party/parties:

Karen Collyer

Name(s) of counsel (if any):

Benjamin Gubernick of Waldo Gubernick Law Advocates LLP

Address: 717 Texas Ave., Houston, TX 77002, Ste. 1200

Telephone number(s): 734-678-5169

Email(s): ben@wglawllp.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** (List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)

Name(s) of party/parties:

Catalina Snacks Inc.

Name(s) of counsel (if any):

William P. Cole, Matthew R. Orr, and Richard L. Hyde of AMIN TALATI WASSERMAN, LLP

Address: 515 South Flower St., 18th Floor, Los Angeles, CA 90071

Telephone number(s): (213) 933-2330

Email(s): william@amintalati.com, matt@amintalati.com, richard@amintalati.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**            2            New 12/01/2018